## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

JANE DOE 1, and JANE DOE 2, individually and on behalf of others similarly situated,

                Plaintiffs,      Case No. 3:19-cv-16262

    V.

BLOOMBERG L.P.,

                Defendant.

### Notice of Filing of Consent to Sue

Please take notice that the following individual hereby files a consent to sue in this litigation:

    1. Anjani Patel

August 12, 2019

               Respectfully submitted

              *s/ Michael Korik*

              Michael Korik (MK0377)
              Law Offices of Charles A. Gruen
              381 Broadway
              Suite 300
              Westwood, NJ 07675
              Tel.: 201-342-1212
              Fax: 201-342-6474
              E-mail: mkorik@gruenlaw.com

              Dan Getman
              Artemio Guerra
              Getman, Sweeney & Dunn PLLC
              260 Fair St.
              Kingston NY 12401
              Tel: (845) 255-9370
              Fax: (845)255-8649

   Email: dgetman@getmansweeney.com
ATTORNEYS FOR PLAINTIFFS

## Certificate of Service

I HEREBY CERTIFY that on this 12th day of August 2019 I caused to be served a true and correct copy of the foregoing **Notice of Filing of Consents to Sue** on the following person(s) by the following method(s) pursuant to FRCP 5:

All Entities Appropriately registered through the CM/ECF system

    Respectfully submitted,

    s/ *Michael Korik*

    Michael Korik (MK0377)
    Law Offices of Charles A. Gruen
    381 Broadway
    Suite 300
    Westwood, NJ 07675
    Tel.: 201-342-1212
    Fax: 201-342-6474
    E-mail: mkorik@gruenlaw.com

    ATTORNEYS FOR PLAINTIFFS