**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JANE DOE 1, and JANE DOE 2, Individually and on behalf of other similarly situated | |
| Plaintiffs, | Civil No. 19-16262 |
| v. | |
| | **ORDER** |
| BLOOMBERG L.P. | |
| Defendants. | |

**THIS MATTER** having been opened by the Court *sua sponte* upon receipt of Plaintiffs' complaint; it appearing that Plaintiffs filed this putative collective action suit against Bloomberg L.P. ("Defendant"), alleging violations of the Fair Labor Standards Act ; it appearing that Plaintiffs have a pending matter in this Court involving identical claims against Defendant, *see Doe v. Bloomberg L.P.,* No.: 19-09471, (D.N.J. 2019); it appearing, thus, that the instant complaint is duplicative of the complaint filed in No.: 19-9471; it further appearing that, "[a]s part of its general power to administer its docket, a district court may dismiss a duplicative complaint," *Fabics v. City of New Brunswick*, 629 F. App'x. 196, 198 (3d Cir. 2015); *see also Walton v. Eaton Corp.*, 563 F.2d 66, 70 (3d Cir. 1977) (prohibiting a plaintiff from "maintaining two separate actions involving the same subject matter at the same time in the same court against the same defendant"); therefore, the instant complaint is dismissed without prejudice; accordingly,

**IT IS** on this 14th day of August, 2019,

**ORDERED** that the Clerk of the Court is directed to dismiss Plaintiff's complaint and close the case.

1

/s/ Freda L. Wolfson
Hon. Freda L. Wolfson
U.S. Chief District Judge

2